

2024/02/01 22:11:20